Meyer, J.
(dissenting). I disagree for the reasons stated in the dissenting opinion of Mr. Justice M. Henry Martuscello at the Appellate Division (71 AD2d 610) to which I add only that the word "voluntarily” changed nothing in section 215.57 of the Penal Law if it does not mean that a defendant who fails to appear when required must voluntarily appear within 30 days and before arrest if he is to escape additional punishment. If he appears within 30 days because he is arrested on a bench warrant he has not met the requirement for voluntariness and may be prosecuted under section 215.57.
Chief Judge Cooke and Judges Gabrielli, Jones and Wachtler concur; Judge Meyer dissents and votes to reverse in a dissenting memorandum in which Judges Jasen and Fuchsberg concur.
Order affirmed in a memorandum.